1 | John A. Reding (State Bar No. 45800)
William W. Schofield (State Bar No. 62674)
2 | Barry N. Endick  (State Bar No. 142097)
Peter C. Meier (State Bar No. 179019)
3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
345 California Street
4 | Twenty-Ninth Floor
San Francisco, CA 94104-2635
5 | Telephone: (415) 835-1600
Facsimile: (415) 217-5333
6 |
Attorneys for Defendants
7 | Boeing North American, Inc. and
Rockwell International Corp.
8 |

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
MAY 1 8 1998
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LAWRENCE O'CONNOR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BOEING NORTH AMERICAN, INC., et al.,<br><br>Defendants. | Case No. CV 97-1554 ABC (RCx)<br><br>**DECLARATION OF JAMES A. CHALMERS, Ph.D., IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: July 13, 1998<br>Time:          9:30 a.m.<br>Courtroom:  Hon. Audrey B. Collins |
|---|---|

I, James A. Chalmers, Ph.D., say:

1.      I previously submitted a Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, a true and correct copy of which Declaration is marked Exhibit A and attached hereto. I have reviewed the Declaration of John D. Radke in Support of Plaintiffs' Motion for Class Certification.

### RESIDENTIAL PROPERTY

2.      Estimating the value of residential property requires individualized and specific analysis of the subject property. The appraisal professional relies on the

ENTERED ON ICMS RM



5-26-98

physical inspection and analysis of relevant property characteristics to value residential property. It requires the judgment of an experienced appraiser to incorporate such factors as the condition of the property and the desirability of the neighborhood to make sound value judgments. For example, a property with a badly dilapidated roof may sell for a substantial discount relative to an identical property with a new, high-quality roof. The value of a property may also be discounted if the neighboring properties suffer from unsightly deferred maintenance. There is no practical way to incorporate this type of important information into a statistical analysis of historical sales.

3. The process of estimating the impairment to the value of residential property is even more individualized and specific. Impairment to residential property can result from any number of unique circumstances. For example, the Northridge earthquake caused severe structural damage to many residential properties in 1994. However, not all properties were similarly damaged. Of two identical properties side-by-side, one may have been leveled while the other was unaffected. Insurance companies, using statistical analysis or other methods, could make generalizations about the location, type, and magnitude of likely claims; yet, they would never pay claims absent physical inspection of each property.

4. Statistical analysis of group data can be useful in studying and making gross generalizations about residential property values. In his Declaration, Prof. Radke proposes the use of statistical analysis to study the values of property and the myriad of factors that influence those values. However, statistical analysis of group data cannot be used to predict the value of individual residential properties with any degree of reliability because of the highly individualized and property specific issues influencing value. Statistical analysis of data estimates the relationship between value and other defined characteristics. However, as mentioned previously, many relevant characteristics of residential property cannot be included in the analysis. For example,

- 2 -

the condition of properties is highly variable and will produce large errors in the estimates of value for these properties. Thus, the resulting estimate of value is unreliable.

### **INCOME PROPERTY**

5.     The process of estimating the value of income property is an exercise which is highly individualized and property specific. It requires inspection of the subject property and analysis of the income generating ability of the property. Income property is usually valued in terms of the income it is capable of providing. Residential apartments, retail, office, industrial and hotel properties would all be examples of property types that would be classified as income property. To determine the income producing ability of a property, it is necessary to understand the property's historical levels of operating income and expenses and to be able to forecast the income and expenses into the future. These forecasts are highly dependent on the specifics of each property and require the judgment of an experienced appraiser. Income property can also be valued using the cost and sales comparison approaches to value. While often used only as references for the value indicated by the income approach, the cost and sales comparison approaches also require the knowledge and experience of an appraiser to make judgments about the factors specific to individual properties.

6.     Prof. Radke's proposed statistical analysis has no applicability to the valuation of income property. To my knowledge, no statistically-based methodology to value income property has ever been developed or accepted by the appraisal profession. The most important factors in any income property valuation, operating income and operating expenses, must be analyzed on a property by property basis by an experienced appraiser. I am not aware of any studies in the accepted body of real estate appraisal literature regarding the use of statistical analysis to value income property. It is my

opinion that the use of a statistically-based methodology to value income property would not be acceptable under the provisions of the Uniform Standards of the Professional Appraisal Practice, the real estate appraisal industry's guiding standard. Prof. Radke's proposed statistical analysis has no applicability to the valuation of income property.

## SPECIAL USE PROPERTY

.     7.     Prof. Radke's proposed statistical analysis has no applicability to the valuation of special use property. The purchase and sale of special use properties, such as municipal facilities, occurs for reasons different from those applied to residential or income properties. Estimates of value and impairment for these types of properties would require the application of methodologies quite different from those applied to other property types and quite different from anything proposed for this case in Prof. Radke's Declaration.

1  I declare under penalty of perjury under the laws of the United States that
2  the foregoing is true and correct.
3
4  DATED: May 15, 1998.
5  _____
6  James A. Chalmers, Ph.D.
7
   41684