UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - SCHEDULING CONFERENCE

Case No.   CV 97-1554-DT                     Date: March 28, 2005

Title:     Laurence O'Connor, et al. v. Boeing N.A., Inc., et al.
           Consolidated with:
           CV 98-7383-DT: Lisa August v. Boeing N.A., Inc. et al.
           CV 99-1548-DT: Dale Hirschelman v. Boeing N.A., Inc. et al.
           CV 99-4818-DT: Donald Gravel v. Boeing N.A., Inc. et al.
           CV 00-186-DT: Megan Miller v. Boeing N.A., Inc. et al.
           CV 00-1319-DT: Andrea Chimienti v. Boeing N.A., Inc. et al.
           CV 01-786-DT: Lenore Ami v. Boeing N.A., Inc. et al.
           CV 01-7791-DT: Karen Solomon v. Boeing N.A., Inc. et al.
           CV 02-2758-DT: Joy Waisner v. Boeing N.A., Inc. et al.
           CV 02-5714-DT: Jeffrey M. Bellis v. Boeing N.A., Inc. et al.
           CV 02-9192-DT: Caterina Marie Maw v. Boeing N.A., Inc. et al.
           CV 03-3849-DT: Judy Aldridge, et al. v. Boeing N.A., Inc. et al.

================================================================================

PRESENT:   THE HONORABLE DICKRAN TEVRIZIAN, JUDGE

           Wendy K. Hernandez                Lori Muraoka
           Relief Courtroom Deputy           Court Recorder

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
    Barry Cappello                               William Schofield
    Leila Noel

    PROCEEDINGS:   STATUS CONFERENCE RE MODIFICATION OF COURT'S PREVIOUS
                   SCHEDULING ORDER

The Status Conference is held, and the Court sets the following dates:

    Motion Hearing & Pretrial Conference -   August 8, 2005, at 1:30 p.m.
    Motion In Limine & Jury Trial -          August 22, 2005, at 9:30 a.m.

Additional dates were discussed and agreed upon on the record. Counsel for Plaintiffs to submit proposed order. The clerk is instructed to serve plaintiff's counsel with a copy of court's order.

DOCKETED ON CM
MAR 3 1 2005

MINUTES FORM 11                              Initials of Deputy Clerk wkh

CIVIL - SCHEDULING CONFERENCE