COPY

A. Barry Cappello, CSB No. 037835
Leila J. Noël, CSB No. 114307
Troy A. Thielemann, CSB No. 174276
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, California 93101
Telephone: (805) 564-2444
Facsimile: (805) 965-5950
E-mail: abc@cappellonoel.com

Attorneys for Plaintiffs

John A. Reding, CSB No. 045800
William W. Schofield, CSB No. 062674
Peter C. Meier, CSB No. 179019
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: williamschofield@paulhastings.com

Attorneys for Defendants

FILED
CLERK, U S DISTRICT COURT
APR 27 2005
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE O'CONNOR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BOEING NORTH AMERICAN, INC., et al.,<br><br>Defendants. | Case No. CV 97-1554 DT (RCx)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING ORDER RE CASE MANAGEMENT SCHEDULE** |

DOCKETED ON CM
APR 28 2005
BY ___ 026

1000

02262.001 - 123712

1  The parties have reviewed the Court's Order Re Case Management Schedule,
2  which was filed by the Court on April 18, 2005 and docketed on April 20, 2005.
3  The parties agree that the Order Re Case Management Schedule should be amended
4  by adding one date to the schedule. The parties agree that May 27, 2005 should be
5  the last day for defendants to serve their experts' Rule 26 reports, as this Court
6  ordered at the March 28, 2005 Scheduling Conference.

    Plaintiffs and defendants, through their respective counsel of record, therefore stipulate as follows:

    The Order Re Case Management Schedule shall be amended to add May 27, 2005 as the last day for defendants to serve defendants' experts' Rule 26 reports.

Dated: April 26, 2005

CAPPELLO & NOËL LLP

By: _____
A. Barry Cappello
Attorneys for Plaintiffs

Dated: April 26, 2005

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
William W. Schofield
Attorneys for Defendants

IT IS SO ORDERED.

Dated: APR 27 2005

DICKRAN TEVRIZIAN

Honorable Dickran Tevrizian
United States District Court Judge

02262.001 - 123712

<u>**Lawrence O'Connor v. Boeing North American, Inc.**</u>
**U.S.D.C. Case No. CV 97-1554 DT (RCx)**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is: 831 State Street, Santa Barbara, California 93101.

On April 26, 2005, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER AMENDING ORDER RE CASE MANAGEMENT SCHEDULE** on the interested parties in this action

[X] by placing ☐ the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

William W. Schofield, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 2nd Street, 24th Floor
San Francisco, California 94105-3441

[X] by California Overnight. I am readily familiar with the firm's practice of collection and processing correspondence on the same day with this courier service, for overnight delivery. The delivery fees are provided for in accordance with this firm's ordinary business practices.

and

[X] by placing ☐ the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

Tina B. Nieves, Esq.
GANCEDO & NIEVES LLP
144 W. Colorado Boulevard
Pasadena, California 91105

[X] by U. S. Mail. I am readily familiar with the firm's practice of collection and processing correspondence on the same day with postage thereon fully prepaid at Santa Barbara, California, in the ordinary course of business.

[X] *(FEDERAL)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Santa Barbara, California, on April 26, 2005.

| Jane Y. Ortiz | _[signature]_ |
| TYPE OR PRINT NAME | SIGNATURE |

02262.001 - 123712